

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russel Wilson, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

The reporter's record in this appeal was originally due July 5, 2016 but was not filed. Shortly thereafter, we notified the court reporter, Leticia Murillo Escamilla, that the reporter's record was past due; however, we did not receive a response. On August 26, 2016, we then ordered Ms. Escamilla to file the reporter's record in this court on or before September 26, 2016. On September 28, 2016, Ms. Escamilla filed a notification of late record, requesting an extension of time of thirty days. By order dated October 3, 2016, we granted the request for an extension and ordered Ms. Escamilla to file the record by October 26, 2016. On October 26, 2016, Ms. Escamilla requested an additional extension of time of thirty days to file the record. By order dated November 4, 2016, we granted Ms. Escamilla's request, ordering her to file the reporter's record by November 28, 2016. In that order, we advised Ms. Escamilla that no further extension of time will be considered or granted without written proof of extraordinary circumstances.

On December 7, 2016, Ms. Escamilla filed a third notification of late record, requesting an extension of time until December 23, 2016, for a total extension of 171 days. On December 13, 2016, we granted Ms. Escamilla's request and ordered the record to be filed by December 23, 2016. We further indicated:

**THIS IS THE FINAL EXTENSION OF TIME THAT WILL BE GRANTED**. The court reporter is advised that if the record is not received by this date, we shall order her to appear and show cause why she should not be held in contempt.

On December 30, 2016, Ms. Escamilla contacted the court by telephone indicating she was in the process of recovering audio files that were mistakenly deleted. That same day, she also filed a notification of late record, requesting an extension of time until January 20, 2017. To date, the reporter's record has not been filed.

After consideration we ORDER Leticia Murillo Escamilla to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on **January 24, 2017 at 2:00 pm** before a panel consisting of Justice Barnard, Justice Martinez, and Justice Alvarez to show cause:

1.  why she should not be held in criminal contempt and civil contempt of this court for violating this court's December 13, 2016 order by failing to file the reporter's record no later than December 23, 2016; and

2.  why she should not be sanctioned.

Ms. Escamilla is hereby advised that she has the right to be represented by counsel at the show cause hearing and the proceedings will be recorded by a certified court reporter.

We further order the clerk of this court to: (1) effect personal service of this order on Leticia Murillo Escamilla with proof of service; (2) serve a copy of this order on Leticia Murillo Escamilla; and (3) mail a copy of this order by United States Postal Service first class mail to Leticia Murillo Escamilla.


_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.


_____
Keith E. Hottle
Clerk of Court